**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

RENE BABILONIA,
    Petitioner,

vs.                                 Case No. 3:04cv462/MCR/EMT

DONALD F. BAUKNECHT, WARDEN
    Respondent.
                                        /

**O R D E R**

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 2, 2005.  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of any timely filed objections.

      Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2.    The petition for writ of habeas corpus (doc. 1) is **DENIED** and the clerk is directed to close the file.

      **DONE AND ORDERED** this 12th day of August, 2005.


                                              _s/ M. Casey Rodgers_
                                              **M. CASEY RODGERS
                                              UNITED STATES DISTRICT JUDGE**

*Case No: 3:03cv497/MCR/EMT*