Page 1 of 1

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

RENE BABILONIA,

    Petitioner,

vs.                                        Case No: 3:04cv462/MCR/EMT

DONALD F. BAUKNECHT,

    Respondent.
_____/

## O R D E R

    This cause is before the court on Petitioner's notice of appeal (Doc. 15) of the order entered on August 12, 2005 (Doc. 13) denying his habeas petition filed pursuant to 28 U.S.C. § 2241 (Doc. 1). It is noted that Petitioner has neither paid the filing fee nor submitted a motion to proceed in forma pauperis on appeal. Furthermore, Petitioner has not otherwise shown he is entitled to proceed in forma pauperis, as he did not proceed in forma pauperis in the proceedings before this Court. Moreover, upon review of the file, the court concludes that for the reasons set forth in this Court's August 12, 2005 order (Doc. 13) adopting and incorporating the Magistrate Judge's Report and Recommendation filed on August 2, 2005 (Doc. 11), there is no good faith basis for an appeal. Fed.R.App.P. 24(a).

    Accordingly, it is **ORDERED**:

    Petitioner shall pay the $255.00 filing fee within **THIRTY (30) DAYS** from the date of docketing of this order.

    **DONE AND ORDERED** this 22nd day of August, 2005.

                                            *s/ M. Casey Rodgers*
                                            **M. CASEY RODGERS**
                                            **UNITED STATES DISTRICT JUDGE**